# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| PABLO RAMOS, | ) Case No. EDCV 16-1747-JPR |
|             Plaintiff, | ) |
|  | )       **JUDGMENT** |
|       v. | ) |
|  | ) |
| NANCY A. BERRYHILL, Acting | ) |
| Commissioner of Social | ) |
| Security, | ) |
|  | ) |
|           Defendant. | ) |

For the reasons set forth in the accompanying Memorandum Decision and Order, it is hereby ADJUDGED that (1) Plaintiff's request for an order remanding the case for further proceedings is DENIED; (2) the Commissioner's request for an order affirming the Commissioner's final decision and dismissing the action is GRANTED; and (3) judgment is entered in the Commissioner's favor.

DATED: May 3, 2018                       _____

                                JEAN ROSENBLUTH
                                U.S. Magistrate Judge